DEFENDANT:   SHARON ROBINSON

AGE/YOB:   **40/1982**

COMPLAINT FILED?   \_\_\_\_\_ Yes   \_\_\_\_X\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER_____

**HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?**   \_\_ Yes   \_X\_ **No**

OFFENSE(S):   COUNTS 1-4: 18 U.S.C. § 875(c) (True Threat in interstate commerce)

LOCATION OF OFFENSE:   City and County of Denver and elsewhere

PENALTY:   COUNTS 1-4**:** NMT 5 years imprisonment; a fine of $250,000 or 2x the gain or loss, whichever is more; NMT 3 years supervised release; and a Special Assessment fee of $100

AGENT:   FBI Special Agent Kenneth Harris

AUTHORIZED BY:   Bryan David Fields
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X   five days or less; \_\_\_ over five days

THE GOVERNMENT

Will seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.