IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00274-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON ROBINSON,

    Defendant.

## MOTION TO UN-RESTRICT

The United States, by and through United States Attorney Cole Finegan, and Assistant United States Attorney Bryan D. Fields, hereby respectfully requests the Court un-restrict the Indictment and Arrest Warrant in this case.

The warrant has been executed and the defendant has been arrested in the Eastern District of New York; accordingly, there is no longer a necessity for the documents to remain restricted from public access.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By:    *s/ Bryan D. Fields*
    Bryan D. Fields
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: bryan.fields3@usdoj.gov
    Attorney for Government