IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00274-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON ROBINSON,

    Defendant.

---

**ORDER TO UN-RESTRICT INDICTMENT**

---

The Court has for consideration the government's Motion to Un-restrict wherein the Government asks this Court to un-restrict its Indictment and Arrest Warrant in this case. Upon consideration,

IT IS ORDERED that the above documents be unrestricted.

IT IS SO ORDERED on this _____ day of _____, 2023.

                BY THE COURT:

                _____
                THE HON. KRISTEN L. MIX
                UNITED STATES MAGISTRATE JUDGE
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO