IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00274-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON ROBINSON,

    Defendant.

## ORDER TO UN-RESTRICT INDICTMENT

The Court has for consideration the government's Motion to Un-restrict wherein the Government asks this Court to un-restrict its Indictment and Arrest Warrant in this case. Upon consideration,

IT IS ORDERED that the above documents be unrestricted.

DATD this 24th day of May, 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge