# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: <u>1:23−mj−00493−JRC−1</u>

| | |
|---|---|
| Case title: USA v. Robinson | Date Filed: 05/24/2023 |

Assigned to: Magistrate Judge James R. Cho

**Defendant (1)**

| | | |
|---|---|---|
| **Sharon Robinson** | represented by | **Amanda L. David** <br> Federal Defenders of New York <br> One Pierrepont Plaza <br> 16th Floor <br> Brooklyn, NY 11201 <br> 718−330−1208 <br> Fax: 718−855−0760 <br> Email: amanda_david@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Megan Larkin** <br> 271−A Cadman Plaza East , NY <br> 718−254−6248 |

Email: Megan.Larkin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2023 | 1 | RULE 40 AFFIDAVIT / Removal complaint to the District of Colorado by USA as to Sharon Robinson. Signed by Judge James Cho dtd 5/24/2023. (SY) (Entered: 05/25/2023) |
| 05/24/2023 |   | Minute Entry for proceedings held before Magistrate Judge James R. Cho : Initial Appearance in Rule 5(c)(3) Proceedings as to Sharon Robinson held on 5/24/2023, Attorney Appointment of federal defender Amanda David for the defendant. AUSA Megan Larkin. Defendant arraigned on a removal complaint to the District of Colorado. Consent bond set in the amount of $50,000 with conditions. Defendant and 1 suretor advised of bond obligations and signed bond. Defendant released – and waived identity hearing. (FTR Log #3:52–4:05.) (SY) (Entered: 05/25/2023) |
| 05/24/2023 | 2 | ORDER Setting Conditions of Release as to Sharon Robinson (1) $50,000 bond. Ordered by Magistrate Judge James R. Cho on 5/24/2023. (SY) (Entered: 05/25/2023) |
| 05/24/2023 | 3 | REDACTED $50,000 bond as to Sharon Robinson to 2 1 –Order Setting Conditions of Release (SY) (Entered: 05/25/2023) |
| 05/24/2023 | 4 | WAIVER of Rule 5(c)(3) Hearing by Sharon Robinson (SY) (Entered: 05/25/2023) |
| 05/24/2023 | 5 | CJA 23 Financial Affidavit by Sharon Robinson (SY) (Entered: 05/25/2023) |

AB:ML

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | REMOVAL TO THE DISTRICT OF COLORADO |
| - against - | (Fed. R. Crim. P. 5) |
| SHARON ROBINSON, | Case No. 23-MJ-493 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

Oswaldo Cerrato, being duly sworn, deposes and states that he is a Deputy Marshal with the United States Marshals Service ("USMS") in the FBI Joint Terrorism Task Force, duly appointed according to law and acting as such.

On May 17, 2023, the United States District Court for the District of Colorado issued a warrant for the arrest of the defendant SHARON ROBINSON based on an indictment charging her with making threats in interstate commerce, in violation of Title 18, United States Code, Section 875(c).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.   On or about May 17, 2023, the defendant SHARON ROBINSON was charged by indictment in the United States District Court for the District of Colorado for making threats in interstate commerce, in violation of Title 18, United States Code, Section 875(c) (true

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Case No. 1:23-cr-00274-RMR   Document 6   filed 05/25/23   USDC Colorado   pg 4 of 14
Case 1:23-mj-00493-JRC   Document 6   Filed 05/24/23   Page 4 of 19 PageID #: 20

2

threat in interstate threat). A true and correct copy of the indictment is attached hereto as Exhibit A.

2. That same day, the United States District Court for the District of Colorado issued a warrant for ROBINSON's arrest. A true and correct copy of that warrant is attached hereto as Exhibit B.

3. On or about May 24, 2023, ROBINSON was arrested at 2945 W. 23rd Street, Apt. 15B, Brooklyn New York.

4. At the time of her arrest, ROBINSON confirmed her name, date of birth, and social security number with USMS. USMS also took her fingerprints, which alerted positive in the USMS booking database for an individual matching the name SHARON ROBINSON. USMS reviewed and confirmed that her name, date of birth, and social security number were consistent with that of the SHARON ROBINSON wanted in the District of Colorado.

WHEREFORE, your deponent respectfully requests that the defendant SHARON ROBINSON be removed to the District of Colorado so that she may be dealt with according to law.

/s/ Oswaldo Cerrato
Oswaldo Cerrato
Deputy Marshal
United States Marshals Service

Sworn to before me this
24th day of May, 2023.

THE HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

Case No. 1:23-cr-00274-RMR   Document 6   filed 05/25/23   USDC Colorado   pg 6 of 14
Case 1:23-mj-00493-JRC   Document 6   Filed 05/24/23   Page 6 of 19 PageID #: 22
Case No. 1:23-cr-00274-RMR *SEALED*   Document 1   filed 05/17/23   USDC Colorado   pg 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-274-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON ROBINSON,

    Defendant.

## INDICTMENT

THE GRAND JURY CHARGES:

At all times relevant to this Indictment, unless otherwise indicated:

## INTRODUCTION

1. On or about November 19, 2022 Club Q, a lesbian, gay, bisexual, transgender, queer (LGBTQ) and otherwise inclusive club in Colorado Springs, was brutally attacked by a mass shooter who shot and killed five people and injured many more.

2. The mass shooting at Club Q received extensive and sustained coverage from local, state, and national media organizations in the days and weeks that followed.

## COUNT 1

1. The allegations contained in paragraphs 1 and 2 are realleged and incorporated as if fully set forth in this paragraph.

1

Case No. 1:23-cr-00274-RMR   Document 6   filed 05/25/23   USDC Colorado   pg 7 of 14
Case 1:23-mj-00493-JRC   Document 6   Filed 05/24/23   Page 7 of 19 PageID #: 23
Case No. 1:23-cr-00274-RMR *SEALED*   Document 1   filed 05/17/23   USDC Colorado   pg 2 of 5

2. On or about December 8, 2022, in the State and District of Colorado and elsewhere, the defendant,

SHARON ROBINSON

did transmit in interstate commerce a communication containing a threat to injure another; that is, ROBINSON, while located in the state of New York, placed a phone call from a cellular telephone to BUSINESS 2, known to the Grand Jury, which catered to the LGBTQ community and was located in Denver, Colorado, leaving a voicemail that included the following language

> "They might shoot your bar up next you faggoty homos, you sodomites"

which communication the defendant transmitted for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat.

### Special Finding

3. The Grand Jury further alleges that SHARON ROBINSON intentionally selected the victims of her threat because of their actual and perceived sexual orientation.

All in violation of Title 18, United States Code, Section 875(c).

### COUNT 2

4. The allegations contained in paragraphs 1 and 2 are realleged and incorporated as if fully set forth in this paragraph.

5. On or about December 8, 2022, in the State and District of Colorado and elsewhere, the defendant,

SHARON ROBINSON

Case No. 1:23-cr-00274-RMR Document 6 filed 05/25/23 USDC Colorado pg 8 of 14
Case 1:23-mj-00493-JRC Document 6 Filed 05/24/23 Page 8 of 19 PageID #: 24
Case No. 1:23-cr-00274-RMR *SEALED* Document 1 filed 05/17/23 USDC Colorado pg 3 of 5

did transmit in interstate commerce a communication containing a threat to injure another; that is, ROBINSON, while located in the state of New York, placed a phone call from a cellular telephone to BUSINESS 1, known to the Grand Jury, which catered to the LGBTQ community and was located in Denver, Colorado, telling BUSINESS 1 OWNER, whose identity is known to the Grand Jury, among other things:

> "They want to shoot you next faggot. You homosexuals. You big faggots. Sodomite pieces of shit. They gonna shoot you next. Gonna shoot you next you piece of shit. Faggots. G-G-Gonna kill you 1-2-3 faggot. Only you gay people. Faggot."

which communication the defendant transmitted for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat.

### Special Finding

6.  The Grand Jury further alleges that SHARON ROBINSON intentionally selected the victims of her threat because of their actual and perceived sexual orientation.

All in violation of Title 18, United States Code, Section 875(c).

### COUNT 3

7.  The allegations contained in paragraphs 1 and 2 are realleged and incorporated as if fully set forth in this paragraph.

8.  On or about December 8, 2022, in the State and District of Colorado and elsewhere, the defendant,

SHARON ROBINSON

did transmit in interstate commerce a communication containing a threat to injure

3

Case No. 1:23-cr-00274-RMR   Document 6   filed 05/25/23   USDC Colorado   pg 9 of 14
Case 1:23-mj-00493-JRC   Document 6   Filed 05/24/23   Page 9 of 19 PageID #: 25
Case No. 1:23-cr-00274-RMR *SEALED*   Document 1   filed 05/17/23   USDC Colorado   pg 4 of 5

another; that is, ROBINSON, while located in the state of New York, placed a phone call from a cellular telephone to BUSINESS 3, known to the Grand Jury, which catered to the LGBTQ community and was located in Glendale, Colorado, telling BUSINESS 3 OWNER , whose identity is known to the Grand Jury, among other things:

"I'm going to go over there and shoot you all" and

"You fucking faggots. I'll shoot you. You're going to die"

which communication the defendant transmitted for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat.

All in violation of Title 18 United States Code, Section 875(c).

**Special Finding**

9.  The Grand Jury further alleges that SHARON ROBINSON intentionally selected the victims of her threat because of their actual and perceived sexual orientation.

**COUNT 4**

10.  The allegations contained in paragraphs 1 and 2 are realleged and incorporated as if fully set forth in this paragraph.

11.  On or about December 8, 2022, in the State and District of Colorado and elsewhere, the defendant,

SHARON ROBINSON

did transmit in interstate commerce a communication containing a threat to injure another; that is, ROBINSON, while located in the state of New York, placed a phone call from a cellular telephone to BUSINESS 4, known to the Grand Jury,

4

Case No. 1:23-cr-00274-RMR   Document 6   filed 05/25/23   USDC Colorado   pg 10 of 14
Case 1:23-mj-00493-JRC   Document 6   Filed 05/24/23   Page 10 of 19 PageID #: 26
Case No. 1:23-cr-00274-RMR *SEALED*   Document 1   filed 05/17/23   USDC Colorado   pg 5 of 5

which catered to the LGBTQ community and was located in Denver, Colorado, telling BUSINESS 4 EMPLOYEE, whose identity is known to the Grand Jury, among other things:

"You're gonna be shot up like Club Q"

which communication the defendant transmitted for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat.

### Special Finding

12.    The Grand Jury further alleges that SHARON ROBINSON intentionally selected the victims of her threat because of their actual and perceived sexual orientation.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By:    <u>/s Bryan Fields</u>
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov

# EXHIBIT B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHARON ROBINSON | ) | Case No. 23-cr-274-RMR |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  SHARON ROBINSON,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 1-4: 18 USC 875(c) (True threat in interstate commerce)

Date: 5/17/2023

s/ A. Garcia Garcia - Deputy Clerk

*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell - Clerk of Court

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

```
MIME-Version:1.0
From:ecf_bounces@nyed.uscourts.gov
To:nobody@nyed.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:17913549@nyed.uscourts.gov
Subject:Activity in Case 1:23-mj-00493-JRC USA v. Robinson Initial Appearance - Rule
5(c)(3)
```
Content–Type: text/html

# U.S. District Court

# Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 5/25/2023 at 9:03 AM EDT and filed on 5/24/2023

**Case Name:** USA v. Robinson
**Case Number:** 1:23–mj–00493–JRC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge James R. Cho : Initial Appearance in Rule 5(c)(3) Proceedings as to Sharon Robinson held on 5/24/2023, Attorney Appointment of federal defender Amanda David for the defendant. AUSA Megan Larkin. Defendant arraigned on a removal complaint to the District of Colorado. Consent bond set in the amount of $50,000 with conditions. Defendant and 1 suretor advised of bond obligations and signed bond. Defendant released – and waived identity hearing. (FTR Log #3:52–4:05.) (SY)**

**1:23–mj–00493–JRC–1 Notice has been electronically mailed to:**

**1:23–mj–00493–JRC–1 Notice will not be electronically mailed to:**

Amanda L. David
Federal Defenders of New York
One Pierrepont Plaza
16th Floor
Brooklyn, NY 11201

Megan Larkin
271–A Cadman Plaza East
NY

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23-493 M |
| Sharon Robinson | ) | |
| | ) | |
| _____ | ) | Charging District's Case No. |
| *Defendant* | ) | _____ |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __District of Colorado__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/25/2023

5/24/23 JRC

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Amanda David
_____
*Printed name of defendant's attorney*

JAMES R CHO, USMJ
5/24/23