IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cr-00274-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON ROBINSON,

    Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

Kathryn Stimson of the law firm Stimson LaBranche Hubbard, LLC hereby enters her appearance as CJA counsel on behalf of Ms. Sharon Robinson in the above-captioned matter. Pursuant to D.C.COLO.L.AttyR. 5(a)(3)(C), undersigned counsel certifies that she is a member in good standing of the bar of this court.

Dated: June 1, 2023.

Respectfully submitted,

*s/ Kathryn Stimson*
Kathryn Stimson
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:  stimson@slhlegal.com

*Counsel for Sharon Robinson*

## Certificate of Service

       I certify that on June 1, 2023, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Bryan Fields
U.S. Attorney's Office – Denver
1801 California Street, Suite 1600
Denver, CO 80202
Bryan.fields3@usdoj.gov

                                     *s/ Brenda Rodriguez*
                                     Brenda Rodriguez