IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cr-00274-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON ROBINSON,

    Defendant.

## UNOPPOSED MOTION FOR APPEARANCE BY VTC

Sharon Robinson, by and through counsel Kathryn Stimson of the law firm Stimson LaBranche Hubbard, LLC, respectfully moves the court for an order granting her permission to appear via VTC for the initial appearance set on June 7, 2023 at 2:00 p.m.  As grounds, the following is stated:

    1.    On May 17, 2023, an indictment was filed charging Ms. Robinson with 4 counts of interstate communications containing a threat to injure another in violation of 18 U.S.C. § 875 (c).  An arrest warrant was issued on the same day.

    2.    On May 24, 202 a Rule 40 Affidavit was filed in the East District of New York – Brooklyn.  Ms. Robinson appeared before the court, was advised and was

granted a $50,000 surety bond.  Ms. Robinson entered a waiver of Rule 5(c)(3) hearing on the same day.

3. The matter is currently set for first appearance in Colorado on June 7 at 2:00 p.m.

4. Ms. Robinson is a resident of Brooklyn, New York.  Ms. Robinson is requesting that the court grant her permission to appear virtually for the first appearance.

5. Undersigned counsel has conferred with AUSA Bryan Fields and he does not oppose this request.

Wherefore, Ms. Robinson respectfully moves the Court for permission to appear virtually for the initial appearance set on June 7, 2023.

Dated: June 3, 2023.

Respectfully submitted,

*s/ Kathryn Stimson*
Kathryn Stimson
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:   stimson@slhlegal.com

*Counsel for Sharon Robinson*

2

**Certificate of Service**

      I certify that on June 3, 2023, I electronically filed the foregoing *Unopposed Motion for Appearance by VTC* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Bryan Fields
U.S. Attorney's Office – Denver
1801 California Street, Suite 1600
Denver, CO 80202
Bryan.fields3@usdoj.gov

    *s/ Brenda Rodriguez*
    Brenda Rodriguez

3