IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cr-00274-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON ROBINSON,

    Defendant.

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE MONITORED SOBRIETY

Sharon Robinson, by and through counsel Kathryn Stimson of the law firm Stimson LaBranche Hubbard, LLC, and under §§ 18 U.S.C. 3145(a)(2) and 3142(c)(3), respectfully requests that the Court modify the conditions of her pretrial release to remove monitored sobriety/ substance abuse testing.

1. On May 17, 2023, Ms. Robinson was indicted on four counts of interstate communications containing a threat to injure another in violation of 18 U.S.C. § 875(c). An arrest warrant was issued the same day.

2. On May 24, 2023, a Rule 40 Affidavit was filed in the Eastern District of New York – Brooklyn. Ms. Robinson appeared before the court, was advised and was granted a $50,000 surety bond. At that time the conditions of Ms. Robinson's release were ordered as follows:

      i. To appear in court as required and surrender for any sentence imposed.

      ii. Not to commit a federal, state, or local crime.

      iii. Cooperate in DNA collection.

      iv. Advise the Court of changes to residence or phone number.

      v. No possession of firearms, destructive devices or other dangerous weapons.

      vi. No possession or consumption of controlled substances.

      vii. Pretrial supervision with random home contacts and verification of employment.

      viii. Surrender of passports.

      ix. Do not leave New York City, Long Island except for travel to and from Colorado for Court.

      x. No contact with any victims or witnesses.

      xi. Substance abuse testing as directed by pretrial services.

      xii. Mental health treatment as directed by pretrial services.

      xiii. Abide by a curfew as directed by pretrial services.

(Doc. 8.)

3.      On June 7, 2023, Ms. Robinson had her initial appearance in the District of Colorado. At that time, her bond conditions were modified to add location monitoring

services as directed by pretrial services. (Doc. 18.) All previously ordered conditions, including substance abuse testing, remained.

4.  Ms. Robinson has complied with the monitored sobriety/ substance abuse testing condition. According to Ms. Robinson's pretrial supervising officer, Officer Hammond, Ms. Robinson has passed her required drug tests.

5.  The allegations in this case do not involve drugs or alcohol. Ms. Robinson does not use illegal substances and does not abuse alcohol.

6.  Undersigned counsel has conferred with Assistant United States Attorney Bryan Fields and Ms. Robinson's pretrial supervisor, Kadian Hammond. Neither object to the removal of the monitored sobriety/ substance abuse testing condition of Ms. Robinson's release.

7.  For these reasons, Ms. Robinson respectfully requests that the Court grant this Motion and remove monitored sobriety/ substance abuse testing from the conditions of her pretrial release.

Dated: August 28, 2023.

Respectfully submitted,

*s/ Kathryn Stimson*
Kathryn Stimson
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:    stimson@slhlegal.com

*Counsel for Sharon Robinson*

**Certificate of Service**

I certify that on August 28, 2023, I electronically filed the foregoing *Unopposed Motion to Modify Conditions of Pretrial Release to Remove Monitored Sobriety* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Bryan Fields
Craig Fansler
U.S. Attorney's Office – Denver
1801 California Street, Suite 1600
Denver, CO 80202
Bryan.fields3@usdoj.gov
Craig.fansler2@usdoj.gov

*s/ Brenda Rodriguez*
Brenda Rodriguez