**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 23-CR-00274-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SHARON ROBINSON,

    Defendant.

___

**ORDER ON MODIFYING CONDITIONS OF RELEASE**
___

THIS MATTER came before me on two motions relating to Defendant's conditions of release. First, the United States seeks to revoke bond based on some relatively minor violations of the curfew imposed under the present conditions of release. *See* Dkt. #60. That motion will be denied. The pretrial probation officer did not seek to revoke bond and no violation notice has been filed. These violations appear relatively minor and the Defendant was in contact with the supervising officer shortly after the violations occurred.

The Defendant herself seeks to modify the conditions of release to eliminate the curfew and location monitoring conditions. *See* Dkt. #59. The motion will be granted in part. The Defendant will remain on location monitoring (with GPS ankle monitor) but the curfew will be modified to allow the Defendant to be out of her home and in the community from 10 a.m. until 7:00 p.m. From 7:00 p.m. to 10:00 a.m. she shall be in her home. This modification is primarily so that the Defendant can take her young son to activities and so that she can attend to personal needs. The Court is not persuaded that the Defendant is incapable of living up to these

requirements. These are relatively lenient conditions of release for someone accused of serious terroristic crimes. These conditions should ensure the safety of the community and that the Defendant will appear as required at trial.

DATED: September 13, 2023             BY THE COURT:

<br>

_____
N. Reid Neureiter
United States Magistrate Judge