AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

### DISTRICT OF  COLORADO

UNITED STATES OF AMERICA

V.

SHARON ROBINSON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   23-cr-00274-RMR-1

On March 21, 2024, the jury found the Defendant, Sharon Robinson, not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

_____
Regina M. Rodriguez, United States District Judge
Name and Title of Judge

_____
March 28, 2024
Date